IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CURTIS J. NEELEY, JR.                                                    PLAINTIFF

v.                              Case No. 5:14-CV-05135

5 FEDERAL COMMUNICATIONS
COMMISSIONERS; MICROSOFT
CORPORATION; and GOOGLE, INC.                                DEFENDANTS

## OPINION AND ORDER

Currently before the Court is Separate Defendant Google, Inc.'s ("Google") Motion for Attorneys' Fees and Expenses (Doc. 26) filed pursuant to this Court's Order entered August 5, 2014 (Doc. 22) and the Court's subsequent Order on Plaintiff Curtis J. Neeley's ("Mr. Neeley") Motion for Reconsideration (Doc. 25) entered on August 18, 2014. In accordance with the Court's Orders, Google has submitted an itemized statement of costs and attorneys' fees incurred as a result of Mr. Neeley filing a Complaint against Google related to events previously litigated. Mr. Neeley's deadline to file a response to Google's Motion has passed with no objections or response having been filed.

In its August 18, 2014 Order, the Court clarified that it intended to sanction Mr. Neeley by ordering him to pay Google's reasonable attorneys' fees, provided that Google filed an appropriate motion requesting those fees by August 19, 2014. Upon thorough consideration of Google's timely filed Motion and accompanying billing statement, the Court finds that Google has substantiated costs and fees totaling $11,434.08, which the Court finds to be reasonable.

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that Google shall be entitled to recover its attorneys' fees from Mr. Neeley in the amount of $11,434.08.

**IT IS FURTHER ORDERED** that Mr. Neeley's obligation to pay said fees is hereby suspended, unless and until such time that Mr. Neeley may file another lawsuit against Google. If the Court determines that any such future suit is frivolous and/or in violation of this Court's standing Injunction prohibiting the filing of such suits, then the Court will reduce the fee owed to a judgment against Mr. Neeley.

**IT IS SO ORDERED** this 5th day of September, 2014.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE